BAKER *against* BRILL.

*In an action by
a witness to re-
cover his fees
from the party
who subpænaed
him, he may
give parol evi-
dence that he
attended be-
fore the court,
and was exa-
mined.*

IN ERROR, on *certiorari* to a justice's court.

The defendant in error brought an action in the court be-
low against the plaintiff in error, for his expenses in going
from *Dutchess* county to *New-York,* in obedience to a *sub-
pæna,* issued out of the mayor's court of the city of *New-
York,* on the behalf of the defendant below. The service
of the *subpæna* was proved, and the plaintiff below also
proved. by parol, that he attended the court, and was exa-
mined as a witness in the cause. The defendant below in-
sisted that these facts could only be proved by producing
the record or minutes of the court, and not by parol proof ;
the justice, however, overruled the objection, and judgment
was rendered for the plaintiff below.

*Per Curiam.* The justice properly admitted parol evidence, and the judgment must be affirmed.

*Judgment affirmed.*